AO 93          (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 19-0767RT | August 5, 2019  1015am | WITHIN SUBJECT PARCEL |

Inventory made in the presence of:

DAN EGERSON

Inventory of the property taken and name of any person(s) seized:

1.60 lbs. (2) whole fresh mango fruit

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 6 2019

at __9__ o'clock and __03__ min. __A__M
SUE BEITIA, CLERK

FORWARDED:          Inspected and Released

2 pineapple fruit
1 beach towel
packing material

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  8/5/2019

_____
Executing officer's signature

Joyce Hanagami, PPQ Officer
*Printed name and title*

AO 93    (Rev. 12/09) Search and Seizure Warrant

## ORIGINAL            UNITED STATES DISTRICT COURT

for the
District of Hawaii

In the Matter of the Search of                        )
*(Briefly describe the property to be searched*        )
*or identify the person by name and address)*          )
Multicolored cardboard parcel weighing 12.00 pounds.   )         Case No.:   19-0767RT
Package further Identified by a red-inked numeral 18408 )
which is 1.25 inches in length.                        )
                                                       )

### SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the __Honolulu__ District of _____Hawaii_____
*(identify the person or describe the property to be searched and give its location)*:

The property described above, is in the U.S. Post Office building located at 3600 Aolele Street, Honolulu, HI 96820.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property
to be seized)*:

(1) Fresh fruits, (2) fresh vegetables, (3) live plants and parts thereof, (4) seeds and seed pods through the
United States mails, possessed in violation of Title 7, United States Code, Sections 7701 et. seq. and evidence
of said violations.

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or
property.

**YOU ARE COMMANDED** to execute this warrant on or before _____8/18/2019_____
                                                                        *(not to exceed 14 days)*

☒    in the daytime 6:00 a.m. to 10 p.m.      ☐    at any time in the day or night as I find reasonable cause has been
                                                    established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property
taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the
place where the property was taken.
The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an
inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____See Below_____
                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay
of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be

searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                   ☐ until the facts justifying, the later specific date of _____.

Date and time issued:   __8/5/2019__ at 8:28 a.m. _____

City and State:    __Honolulu, Hawaii_____                    /s/ Rom A. Trader_____
                                                                   Rom A. Trader
                                                                   United States Magistrate Judge